UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELITY BROKERAGE SERVICES LLC,<br><br>                               Petitioner,<br><br>   vs.<br><br>DONALD H. BROWN,<br><br>                               Respondent. | CASE NO. 12cv1671-MMA (BLM)<br><br>[Consolidated Action]<br><br>**ORDER EXTENDING TIME**<br>**TO FILE REPLY BRIEF;**<br><br>**VACATING AND RESETTING**<br>**MOTION HEARING** |

    On July 3, 2012, Fidelity Brokerage Services LLC ("Fidelity") filed a petition to modify or correct, or in the alternative vacate, an arbitration award (the "petition"). Donald H. Brown ("Brown") has filed a motion to confirm the arbitration award in response to Fidelity's petition. *See* Doc. No. 6. The Court set Brown's motion for hearing on September 24, 2012. As such, pursuant to Civil Local Rule 7.1.e.2, Fidelity's response in opposition to the motion was due for filing on or before September 10, 2012. In lieu of an opposition, on September 14, 2012, Fidelity filed a document styled as a reply in support of the petition. *See* Doc. No. 10.

    Pursuant to Civil Local Rule 7.1.e.3., reply briefs are due for filing seven days prior to the date for which a matter is noticed for hearing. Thus, if the Court considers Fidelity's submission to be a reply brief, it was timely filed. If the Court construes the submission as an opposition to Brown's motion to confirm the arbitration award, it is not timely filed and the Court has the discretion to strike the document from the record for violating the deadline set forth in Civil Local

Rule 7.1.e.2.

Because it wishes to resolve this matter on a complete record, the Court will consider Fidelity's submission to be responsive to Brown's motion to confirm the arbitration award but exercises its discretion to not strike the document as untimely. In the interests of justice, however, the Court grants Brown an extension of time in which to file a reply brief in support of his motion so that he may respond to any issues raised in Fidelity's submission. Accordingly,

**IT IS HEREBY ORDERED THAT**:

1. Donald H. Brown may file a reply in support of his pending motion to confirm the arbitration award on or before ***September 24, 2012***.

2. The hearing on Brown's motion is **VACATED** and **RESET** for ***October 1, 2012*** at ***3:00 p.m.***

**IT IS SO ORDERED**.

DATED: September 19, 2012

*(signature)*

Hon. Michael M. Anello
United States District Judge